In the Matter of the Claim of THOMAS J. NATOLI, Appellant, against BETHLEHEM STEEL COMPANY, Respondent.

STATE INDUSTRIAL BOARD, Respondent.

Argued October 1, 1940, decided October 18, 1940.

*James W. Coleman* for appellant.

*Joseph F. Donovan* for Bethlehem Steel Company, respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.